IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLIANT TAX CREDIT FUND 31-A, LTD.,
and ALLIANT TAX CREDIT 31, INC.,

       Plaintiffs,

v.

TAYLOR 8 ASSOCIATES LLC, RONALD D.
WEAVER, JR. and NORTH END VILLAGE
DEVELOPERS, LLC,

       Defendants.

Case No. 2:08-cv-12938

Hon. Marianne O. Battani

/

Jason D. Menges (P64228)
Ryan S. Bewersdorf (P66411)
Larry S. Perlman (P71698)
**FOLEY & LARDNER LLP**
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
(313) 234-7100
*Attorneys for Plaintiff*

/

## JUDGMENT BY DEFAULT AGAINST TAYLOR 8 ASSOCIATES LLC AND NORTH END VILLAGE DEVELOPERS, LLC

This matter having come before the Court upon Plaintiffs' *Motion for Entry of Default and Default Judgment* against Defendants Taylor 8 Associates LLC ("Taylor 8") and North End Village Developers, LLC (the "Village"), the Court having considered the facts and arguments set forth therein, and the Court being fully advised in the premises:

WHEREAS, Plaintiffs brought this lawsuit against Defendants, asserting claims for Breach of Partnership Agreement and Breach of Guaranty Agreement.

WHEREAS, on March 12, 2009, this Court held Taylor 8 liable on Plaintiffs' Breach of Partnership Agreement claim, and on October 9, 2009, held the Village liable on Plaintiffs' Breach of Guaranty Agreement claim.

WHEREAS, on November 19, 2009, this Court entered an Order to Withdraw from Representation, granting Defense counsel's Motion to Withdraw from Representation, and ordered that the Court may enter a Default Judgment in Plaintiffs' favor if an attorney did not appear in this matter on Defendants' behalf within 30 days.

WHEREAS, no attorney has appeared on Defendants' behalf to date, and Defendants have failed to plead or otherwise defend this lawsuit since entry of the Order to Withdraw from Representation.

IT IS HEREBY ORDERED that Default shall be entered against Defendants Taylor 8 and the Village.

IT IS FURTHER ORDERED that judgment shall be and the same is hereby entered for Plaintiffs Alliant Tax Credit Fund 31-A, Ltd. and Alliant Tax Credit 31, Inc. and against Defendants Taylor 8 and the Village, jointly and severally, in the following amounts:

| | |
|---|---|
| Damages due to breach of partnership agreement/ breach of guaranty agreement | $119,924.14 |
| Attorneys' fees and costs | $129,254.90 |
| **Total Judgment** | **$249,179.04** |

IT IS FURTHER ORDERED that Plaintiffs are entitled to applicable statutory interest from the date of judgment, as it accrues.

Dated: <u>April 6, 2010</u>

<u>s/MarianneO.Battani</u>
UNITED STATES DISTRICT COURT JUDGE